Ernest F. Heiden, Appellant, v. John R. Tambone, Appellee.

Gen. No. 10,829. 

Second District.

June 28, 1955.

Released for publication July 18, 1955.

Karl A. Koch, and Joseph X. Wayne, for appellant; Hugh M. Matchett, of counsel; Hall, Meyer & Van Deusen, for appellee; Lloyd A. Van Deusen, of counsel. Opinion by JUSTICE EOVALDI. Not to be published in full.